1  JACOB M. HEATH (STATE BAR NO. 238959)
   jheath@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, CA 94025
   Telephone:   +1 (650) 614 7400
4  Facsimile:   +1 (650) 614 7401

5  Attorneys for Plaintiffs
   AMPLIFIED AI, INC.
6  AMPLIFIED AI PTY LIMITED

   JAMES MANSFIELD (*pro se* litigant)
   james.mansfield@gmail.com
   12 Stillman Street
   Richmond, Victoria 3121, Australia
   Tel: +61 (437) 003 214

   Defendant James Mansfield

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| AMPLIFIED AI, INC., AMPLIFIED AI PTY LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES MANSFIELD,<br><br>Defendant. | Case No. 3:21-cv-07179-WHO<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(ii); [PROPOSED] ORDER**<br><br>Judge:  Hon. William H. Orrick |
|---|---|

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Amplified AI, Inc. and Amplified AI, Pty, Limited (collectively "Amplified") and Defendant James Mansfield ("Mansfield") hereby stipulate that this action, including all claims filed by the parties, shall be dismissed without prejudice, and without costs, expenses, or attorneys' fees being awarded to any party.  The Parties state the following in support of dismissal without prejudice:

WHEREAS, on September 2, 2022, the Parties entered a Confidential Settlement Agreement;

WHEREAS, in consideration for entering the Confidential Settlement Agreement Amplified agreed to voluntarily dismiss without prejudice its civil action against Mansfield entitled *Amplfieid AI, Inc., et al. v. James Mansfield*, in the United States District Court of the Northern District of California, Case No. 3:21-cv-07179-WHO;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, by and through their respective counsel for Amplified and personally by Mansfield, that this action shall be dismissed without prejudice, and without costs, expenses, or attorneys' fees being awarded to any party.

Dated:  September 7, 2022        ORRICK, HERRINGTON & SUTCLIFF LLP

By:  */s/ Jacob M. Heath*
       JACOB M. HEATH

Attorney for Plaintiffs AMPLIFIED AI, INC., AMPLIFIED AI PTY LIMITED

Dated:  September 7, 2022

By:  */s/ James Mansfield*
       JAMES MANSFIELD (PRO SE)

Defendant

CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: September 7, 2022     By:  */s/ Jacob M. Heath*
                                       JACOB M. HEATH

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  Dated: September 7, 2022

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge